■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS A. DOMINGUEZ, Appellant.—Appeal by the defendant, as limited by his brief, from a sentence of the County Court, Suffolk County (Rohl, J.), rendered June 5, 1987.

Ordered that the sentence is affirmed (see, People v Kazepis, 101 AD2d 816; People v Suitte, 90 AD2d 80). Mangano, J. P., Bracken, Eiber, Spatt and Sullivan, JJ., concur.